Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC      )
         Plaintiff,    vs.      )  Case No.: 5:10-CV-00641-WDK-FMO
BRUCE GORDON SHEARER, et al,      )
         Defendant,      )

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Bruce Gordon Shearer, individually and d/b/a Shenanigans Sports Bar a/k/a Swifty's 19th Hole; Catherine Otero Shearer, individually and d/b/a Shenanigans Sports Bar a/k/a Swifty's 19th Hole, entered on April 6, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 3,720.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **3,720.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | $ | **3,720.00** |
| f. | Interest after judgment(.30%) | $ | 111.48 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **3,831.48** |

Dated: March 31, 2021      CLERK, by _Sharon Hall Brown_
                                       Deputy